IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM ARSIS,

        Appellant,

 v.

STATE OF FLORIDA,

        Appellee.

Case No.  5D22-2770
LT Case No. 2004-CF-048566-A

_____/

Decision filed June 20, 2023

3.850 Appeal from the Circuit Court
for Brevard County,
Robert Segal, Judge.

William Arsis, Florida City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Robin A.
Compton, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

    AFFIRMED.


EDWARDS, BOATWRIGHT and PRATT, JJ., concur.